**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| JOHN DOE 22,<br><br>        Plaintiff,<br><br>v.<br><br>THE OHIO STATE UNIVERSITY,<br><br>        Defendant. | Case No. 2:20-cv-1385 |

**[PROPOSED] ORDER**

IT IS ORDERED BY THE COURT that the Plaintiff's Motion for Leave to File Certain Documents Under Seal is GRANTED and that the Unopposed Motion and Proposed Order be filed UNDER SEAL.

**IT IS SO ORDERED.**

Date:

_____
MICHAEL H. WATSON
UNITED STATES DISTRICT JUDGE

_____
ELIZABETH A. PRESTON DEAVERS
CHIEF UNITED STATES MAGISTRATE JUDGE